

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00007-CR

CHRISTOPHER ARRON BOECKERS,
Appellant

§ On Appeal from the 396th District Court

§ of Tarrant County (1534440D)

v.

§ February 6, 2020

§ Per Curiam

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment and incorporated order to withdraw funds are modified to reduce the amount of reparations owed to $360. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM